UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORIN PANFIL,

                Plaintiff,

      -against-

ZHANG HAN,

                Defendant.

24cv1546 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 2, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge